

```
 [docket                           CIVIL/CRIMINAL                        [vdkttext]
 4. Queries                          docketing

 Docket #   : 2:00-cv-71535                            TAC      PROTEC  PROTEC
 Short Title: Spirit Airlines Inc  v. NW Airlines Inc           PROTEC
 Type: cv   -     Judge: Rosen                    Magistrate: Unspecified
 ------------------------------------------------------------------------------
 ------------------------------------------------------------------------------
                 Summary of Event that Created the Document

 Filed       Entry Date   Last Update       History ID    Docketed by
 9/16/02      9/16/02      **/**/**           6891940          DT
     +----------------------------------------------------------+
     RESPONSE by plaintiff Spirit Airlines Inc   to motion to
     strike the reports and affidavit of Dr. Keith G. Leffler by
     NW Airlines Inc [66-1] (filed under seal and placed in vault)


     +viewing docket text---------------------------------------+
 Transaction: resp m -/ show/ str - -

  Command mode (? for commands)
```
                2 Longyear  156.125.2.224                         1 16/6