IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

SPIRIT AIRLINES, INC.,

    Plaintiff,

v.

NORTHWEST AIRLINES, INC.,

    Defendant.
_____/

Civil Action No: 00-71535

### PLAINTIFF SPIRIT AIRLINES, INC.'S NOTICE OF FILING DOCUMENTS TO SUPPLEMENT CORRECTED APPENDIX

Pursuant to Fed.R.Civ.P. 56(c), Spirit Airlines hereby gives notice of filing the attached documents as a supplement to the Corrected Appendix to Plaintiff Spirit Airline's Memorandum in Opposition to Defendant Northwest Airline's ("Northwest's") Motion for Summary Judgment.

Tab 110: Ordover & Willig, *An Economic Definition of Predation: Pricing and Product Innovation*, 91 Yale L.J. 8 (1981), cited on page 27 of Spirit Airline's Corrected Memorandum in Opposition to Defendant Northwest Airline's Motion for Summary Judgment.

Tab 111: Northwest Airline's Form 10-K, March 28, 1997, cited on page 6, footnote 9 of Spirit Airline's Corrected Memorandum in Opposition to Defendant Northwest Airline's Motion for Summary Judgment.

    Respectfully submitted,

    JAFFE, RAITT, HEUER & WEISS, PC
    R. Christopher Cataldo, Esq. (P39353)
    One Woodward Avenue
    Suite 2400
    Detroit, Michigan 48226
    Tel:   (313) 961-8380

-- and --

STINSON MORRISON HECKER, LLP
David Everson, Esq.
Brian O'Bleness, Esq.
1201 Walnut
Suite 2800
Kansas City, MO  64106
Tel:     (816) 842-8600

-- and --

KENNY NACHWALTER SEYMOUR
ARNOLD CRITCHLOW & SPECTOR, P.A.
Richard Alan Arnold, Esq.
William J. Blechman, Esq.
201 South Biscayne Blvd.
Suite 1100
Miami, Florida 33131
Tel:     (305) 373-1000

By: _____
      William J. Blechman

## Certificate Of Service

I certify that a true and correct copy of this document was served by U.S. Mail this October 17, 2002 on the following:

James Denvir, Esquire
Alfred Levitt, Esquire
BOIES SCHILLER & FLEXNER, L.L.P.
5301 Wisconsin Avenue, N.W.
Suite 570
Washington, D.C.  20015

Lawrence Campbell, Esquire
DICKINSON WRIGHT, PLLC
500 Woodward Avenue
Suite 4000
Detroit, Michigan  48226

_____
William Blechman

/152148

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

# SEE CASE FILE FOR ADDITIONAL DOCUMENTS OR PAGES THAT WERE NOT SCANNED