00-71535
Detroit
Rosen

RECEIVED
JUL 24 2006
Leonard Green
Clerk

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

cc

03-1521

William K. Suter
Clerk of the Court
(202) 479-3011

July 19, 2006

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

FILED
JUL 25 2006
LEONARD GREEN, Clerk

Re:  Northwest Airlines, Inc.
     v. Spirit Airlines, Inc.
     No. 06-77
     (Your No. 03-1521)

FILED
AUG - 2 2006
CLERK'S OFFICE
DETROIT

Dear Clerk:

   The petition for a writ of certiorari in the above entitled case was filed on July 17, 2006 and placed on the docket July 19, 2006 as No. 06-77.

Sincerely,

**William K. Suter**, Clerk

by
Ruth Jones
Case Analyst