

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

SPIRIT AIRLINES, INC.,　　　　　　　　　　　Civil Action No: 00-71535

　　　　Plaintiff,

v.

NORTHWEST AIRLINES, INC.,

　　　　Defendant.
_____/

FILED MAR 17 2008 CLERK'S OFFICE DETROIT

FILED MAR 17 2008 CLERK'S OFFICE U.S. DISTRICT COURT EASTERN MICHIGAN

## [PROPOSED] ORDER OF DISMISSAL OF PLAINTIFF SPIRIT AIRLINES' COMPLAINT AGAINST DEFENDANT NORTHWEST AIRLINES

This cause is before the Court, pursuant to Fed.R.Civ.P. 41, on the Stipulation of Plaintiff Spirit Airlines, Inc. and Defendant Northwest Airlines, Inc. to dismiss Spirit's Complaint against the Northwest, each side to bear its costs, expenses and attorney's fees. The Court has considered the Stipulation, the record in this case, and being otherwise advised, it is

Ordered and Adjudged that the foregoing Stipulation of Plaintiff Spirit Airlines, Inc. and Defendant Northwest Airlines, Inc. to dismiss Spirit's Complaint in this case against Northwest be and the same is Accepted and Approved. It is therefore

Ordered and Adjudged that Plaintiff Spirit Airlines, Inc.'s Complaint against Defendant Northwest Airlines, Inc. be and the same is hereby dismissed, each side to bear its own costs, expenses and attorney's fees.

Done and Ordered in Chambers in Detroit, Michigan, this _13_ day of _March_, 2008.

_____
United States District Judge

324902.1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

SPIRIT AIRLINES, INC.,

    Plaintiff,

v.

NORTHWEST AIRLINES, INC.,

    Defendant.

_____ /

Civil Action No: 00-71535

## STIPULATION FOR DISMISSAL OF PLAINTIFF SPIRIT AIRLINES' COMPLAINT AGAINST DEFENDANT NORTHWEST AIRLINES

In accordance with Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Spirit Airlines, Inc. and Defendant Northwest Airlines, Inc. stipulate and agree to the dismissal of Spirit's Complaint against Northwest, each side to bear its own costs, expenses and attorney's fees. A proposed Order accompanies this Stipulation as Exhibit "A."

Dated: March 10, 2008

Respectfully submitted,

JAFFE, RAITT, HEUER & WEISS, PC
R. Christopher Cataldo, Esq. (P39353)
One Woodward Avenue
Suite 2400
Detroit, Michigan 48226
Tel:   (313) 961-8380

-- and --

STINSON MORRISON HECKER, LLP
David Everson, Esq.
Brian O'Bleness, Esq.
1201 Walnut
Suite 2800
Kansas City, MO 64106
Tel:   (816) 842-8600

-- and --

KENNY NACHWALTER, P.A.
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
201 S. Biscayne Blvd., Suite 1100
Miami, Florida 33131
Tel:   (305) 373-1000

By: _____
         William J. Blechman

Counsel for Plaintiff Spirit Airlines, Inc.

Lawrence Campbell, Esquire
DICKINSON WRIGHT, PLLC
500 Woodward Avenue
Suite 4000
Detroit, Michigan 48226

-- and --

James Denvir, Esquire
BOIES SCHILLER & FLEXNER, L.L.P.
5301 Wisconsin Avenue, N.W.
Suite 570
Washington, D.C. 20015

By: _____  / WITH PERMISSION
         James Denvir              3-13-08  WJB

Counsel for Defendant Northwest Airlines, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2008, a true and correct copy of the foregoing Stipulation for Dismissal and proposed Order was served via U.S. Mail on all lawyers identified in the foregoing Stipulation, and the original was sent to the Court for filing.

William J. Blechman

324901.1

- 3 -

# Exhibit "A"